# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE )<br>138 Santolina Park )<br>Peachtree City, GA 30269 )<br> )<br>    *PLAINTIFF*, )<br> )<br>v. )<br> )<br>LIEUTENANT GENERAL JAMES R. HELMLY )<br>Chief, Army Reserve )<br>Department of the Army )<br>120 Army Pentagon )<br>Washington, DC 20310-1020 )<br> )<br>    *DEFENDANT*. )<br> ) | Civil Action No. |

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER

William Todd Lee, Plaintiff, now moves this Court for a temporary restraining order, restraining Defendant from acting on the proposal to remove Mr. Lee from federal service until his motion for a preliminary injunction is decided. This motion is made pursuant to Fed. R. Civ. P. Rule 65(b).

This motion is made on the grounds that: 1) Mr. Lee demonstrates a substantial likelihood of success on the merits; 2) the TRO is necessary to prevent irreparable injury; 3) the threatened injury to Mr. Lee outweighs the harm that the TRO would cause to Defendant; and 4) the TRO would not be averse to the public interest.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

Raymond J. Toney ~~(Bar No.~~ NY0066)
Attorney for Appellant

The Law Office of Raymond J. Toney
34-16 30th Avenue, 3rd Floor
Astoria, NY 11103
Tel: 718-726-3656  Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE<br>138 Santolina Park<br>Peachtree City, GA  30269<br><br>*PLAINTIFF,*<br><br>v.<br><br>LIEUTENANT GENERAL JAMES R. HELMLY<br>Chief, Army Reserve<br>Department of the Army<br>120 Army Pentagon<br>Washington, DC  20310-1020<br><br>*DEFENDANT.* | Civil Action No. |

## **TEMPORARY RESTRAINING ORDER**

On papers submitted on Plaintiff's motion for a temporary restraining order, restraining Defendant from processing Plaintiff's proposed removal from federal service pending a hearing and determination of Plaintiff's motion for a preliminary injunction, and having considered the motion, affidavits, exhibits, memorandum of law, and arguments of counsel, this Court finds that Plaintiff satisfies the criteria for the granting of a temporary restraining order.

In view of these findings, Plaintiff is entitled to a temporary restraining order pending a hearing and determination of his motion for a preliminary injunction or until further order of this Court.

IT IS ORDERED that Plaintiff's motion is granted and that Defendant, and HIS officers, agents, servants, employees, and attorneys, are restrained and enjoined from any further

processing of Plaintiff's proposed removal from federal service until a hearing and determination of Plaintiff's motion for preliminary injunction or until further order of the Court.

Dated: _____

                                                         United States District Judge