THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE<br>138 Santolina Park<br>Peachtree City, GA 30269<br><br>    *PLAINTIFF,*<br><br>    v.<br><br>LIEUTENANT GENERAL JAMES K. HELMLY<br>Chief, Army Reserve<br>Department of the Army<br>120 Army Pentagon<br>Washington, DC 20310-1020<br><br>    *DEFENDANT.* | Civil Action No. |

## NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that Plaintiff will move this Court at **4:00pm**, on **Monday, May 15, 2006**, or as soon thereafter as counsel can be heard, for a Temporary Restraining Order, restraining Defendant from processing Plaintiff's Notice of Proposed Removal from Federal Service, until this Court has decided Plaintiff's Motion for a Preliminary Injunction.

    Respectfully submitted,

    *[signature]*

    Raymond J. Toney (Bar No. NY0066)
    *Attorney for Plaintiff*

    The Law Office of Raymond J. Toney
    34-16 30th Avenue, Third Floor
    Astoria, NY 11103
    Tel: 718-726-3656  Fax: 718-504-4735
    E-mail: rjtoney@rjtlaw.net

**CERTIFICATION OF COUNSEL PURSUANT TO LCvR 65.1**

I certify that on Sunday, May 14, 2006, I transmitted, via electronic mail to Andrew.Stewart1@us.army.mil, and facsimile transmission to 404-464-8060, a true copy of the foregoing Notice of Motion for a Temporary Restraining Order, and all related pleadings, to:

>Mr. Andrew D. Stewart
>Chief, Labor and Employment Law
>United States Army Reserve Command
>1401 Deshler Street, SW
>Fort McPherson, GA 30330-2000
>
>Attorney for Defendant.

I further certify that I asked Mr. Stewart to contact the Army Litigation Division, Alexandria, Virginia, and the Office of the United States Attorney, District of Columbia, to advise them of Plaintiff's Notice of Motion for a Temporary Restraining Order and the date and time of the noticed hearing on the motion.

_____
Raymond J. Toney (Bar No. NY0066)