# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM TODD LEE<br>138 Santolina Park<br>Peachtree City, GA 30269<br><br>*PLAINTIFF,*<br><br>v.<br><br>LIEUTENANT GENERAL JAMES R. HELMLY<br>Chief, Army Reserve<br>Department of the Army<br>120 Army Pentagon<br>Washington, DC 20310-1020<br><br>*DEFENDANT.* | Civil Action No. |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

William Todd Lee, Plaintiff, now moves this Court for a preliminary injunction, enjoining Defendant from acting on the proposal to remove Mr. Lee from federal service until this Court rules on his underlying complaint. This motion is made pursuant to Fed. R. Civ. P. Rule 65(a).

This motion is made on the grounds that: 1) Mr. Lee demonstrates a substantial likelihood of success on the merits; 2) the preliminary injunction is necessary to prevent irreparable injury; 3) the threatened injury to Mr. Lee outweighs the harm that the preliminary injunction would cause to Defendant; and 4) the preliminary injunction would not be averse to the public interest.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

*[signature]*

Raymond J. Toney (Bar No. NY0066)
Attorney for Appellant

The Law Office of Raymond J. Toney
34-16 30th Avenue, 3rd Floor
Astoria, NY 11103
Tel: 718-726-3656  Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE )<br>138 Santolina Park )<br>Peachtree City, GA 30269 )<br> )<br>*PLAINTIFF*, )<br> )<br>v. )<br> )<br>LIEUTENANT GENERAL JAMES K. HELMLY )<br>Chief, Army Reserve )<br>Department of the Army )<br>120 Army Pentagon )<br>Washington, DC 20310-1020 )<br> )<br>*DEFENDANT*. )<br> ) | Civil Action No. |

## ORDER

On papers submitted on Plaintiff's motion for a preliminary injunction, enjoining Defendant from processing Plaintiff's proposed removal from federal service pending a hearing and determination of Plaintiff's claim of statutory and constitutional violations, and having considered the motion, affidavits, exhibits, memorandum of law, and arguments of counsel, this Court finds that Plaintiff satisfies the criteria for the granting of a preliminary injunction.

In view of these findings, Plaintiff is entitled to a preliminary injunction pending a hearing and determination of his underlying legal claims or until further order of this Court.

IT IS ORDERED that Plaintiff's motion is granted and that Defendant, and his officers, agents, servants, employees, and attorneys, are enjoined from any further processing of Plaintiff's proposed removal from federal service until a hearing and determination of Plaintiff's underlying legal claims or until further order of the Court.

Dated: _____

                                              United States District Judge