THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM TODD LEE<br>138 Santolina Park<br>Peachtree City, GA 30269<br><br>*PLAINTIFF,*<br><br>v.<br><br>LIEUTENANT GENERAL JAMES R. HELMLY<br>Chief, Army Reserve<br>Department of the Army<br>120 Army Pentagon<br>Washington, DC 20310-1020<br><br>*DEFENDANT.* | Case No. 1:06-cv-00914 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a), Fed. R. Civ. P., Plaintiff, William Todd Lee, voluntary dismisses, without prejudice, his action against Defendant. This dismissal results from a settlement reached between the parties on May 15, 2006, under which Defendant agreed to enlarge the time for Plaintiff's written and oral responses to his notice of proposed removal from federal service. The enlargement agreed to is for a period of 30 days. Plaintiff's response is now due on June 19, 2006.

Respectfully submitted,

Raymond J. Toney (Bar No. NY0066)
*Attorney for Plaintiff*

The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net